**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

**United States of America**

**-vs-**                                                   **Case No.  2:26-mj-041**

**Robert Humphrey**

**COURTROOM   MINUTES**

| JUDGE: | Chelsey M. Vascura | DATE AND TIME: | 4/1/2026 1:33pm |
|---|---|---|---|
| DEPUTY CLERK: | Allie Moran | COUNSEL FOR GOVT: | Liz Geraghty |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | Joe Medici |
| INTERPRETER: | | Pretrial/Probation | Tiara Turner |

Initial Appearance

-Dft appeared and was advised of rights, charges, and potential penalties
-Financial affidavit submitted, Federal Public Defender Soma Dutta appointed
-Detention Hearing set for 4/3/2026 at 1:00pm; Preliminary Hearing set for 4/15/2026 at 1:00pm
-Defendant remanded to custody of USMS